LENORE G. KNAPP v. HERBERT A. KNAPP.

March 14, 1988.

Petition for certification denied.

SHAWN AVANT v. CITY OF NEWARK.

March 14, 1988.

Petition for certification denied.

CITY OF NEWARK v. ESSEX COUNTY BOARD OF
CHOSEN FREEHOLDERS.

March 14, 1988.

Petition for certification granted.   (See 221 *N.J.Super.* 558)

TOWNSHIP OF MAHWAH v. BERGEN COUNTY BOARD OF
TAXATION AND COUNTY OF BERGEN.

March 14, 1988.

Petition for certification denied.